IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SARAH ESPINOZA, | * | |
| Plaintiff, | * | CIVIL ACTION |
| vs. | * | NO. 1:16-CV-00254-LMM |
| NEW BERN TRANSPORT CORPORATION, | * | |
| | * | |
| Defendant. | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Comes now Plaintiff, Sarah Espinoza, by and through counsel, pursuant to a Settlement Agreement and with consent of counsel for Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby enters in to this Stipulation of Dismissal with Prejudice of the above-styled case.

This 2nd day of May, 2016.

                                                   */s/ Austin L. Perry*
                                                 AUSTIN L. PERRY
                                                 Bar No. 577007
                                                 E-mail: alp@mrdelaw.com
                                                 Attorney for Plaintiff

McClure, Ramsay, Dickerson & Escoe, LLP
P. O. Drawer 1408
Toccoa, Georgia  30577
(706) 886-3178

   */s/ J. David Haskin*
J. DAVID HASKIN
Bar No. 325689
Attorneys for Plaintiff

Haskin Law, LLC
1675 Lower Roswell Rd.
Marietta, Georgia 30068
(678) 685-8948

Consented to by:

  */s/ W. Pitts Carr*

  */s/ Alex D. Weatherby*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Pitts Carr
Mr. Alex D. Weatherby
Carr & Weatherby, LLP
10 North Parkway Square
4200 Northside Parkway, N.W.
Atlanta, Georgia  30327

*/s/  Austin L. Perry*
Bar No. 577007
E-mail:  alp@mrdelaw.com
Attorney for Plaintiff

McClure, Ramsay, Dickerson & Escoe, LLP
P. O. Drawer 1408
Toccoa, Georgia  30577
Phone: (706) 886-3178
Fax:  (706) 886-1150